SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>     Plaintiff,<br><br>vs.<br><br>Harbans S. Sandhu, et al,<br><br>     Defendants | Case No.: CIV.S 10-cv-02718-JAM-JFM<br><br>**REQUEST RE DISMISSAL OF RAWINDERJIT S. UPPAL AND ORDER**<br><br>Complaint Filed: OCTOBER 6, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Rawinderjit S. Uppal) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Rawinderjit S. Uppal) is dismissed because this Defendant is not a proper party to this Action.

Dated: November 18, 2010           /s/Scott N. Johnson_____
                                                            SCOTT N. JOHNSON
                                                            Attorney for Plaintiff

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                   CIV: S-10-02718-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

2

3 Dated: 11/18/2010                                          /s/ John A. Mendez
                                                            U. S. DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-10-02718-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com