IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,             No. 2:10-cv-2718 JAM JFM

  vs.

SANDHU, et al.,

      Defendants.         <u>ORDER</u>

/

        Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

        On July 11, 2011, the magistrate judge filed findings and recommendations herein which were served on defendants and which contained notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed July 11, 2011 are adopted in full; and

        2. Plaintiff's motion for default judgment as to defendants Sandhu and Singh on plaintiff's ADA claim and Unruh Civil Rights Act claim is granted;

1

3.  Plaintiff is awarded statutory damages in the amount of $8,000.00;

4.  Plaintiff is granted an injunction requiring defendants to provide a properly configured van accessible parking spot, accessible route, accessible restrooms, accessible entrance, accessibility signage and striping in accordance with the Americans with Disabilities Act of 1990 (ADA) and the Americans with Disabilities Act Accessibility Guidelines (ADAAG) contained in 28 CFR Part 36; and

5.  The Clerk of the Court is directed to close this case.

DATED: September 28, 2011

                        /s/ John A. Mendez
                        UNITED STATES DISTRICT JUDGE