UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Scott N. Johnson

    v.

Harbans S. Sandhu, et al.,

DEFAULT JUDGMENT

Case No. CIV S-2:10-cv-2718 JAM JFM

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Harbans S. Sandhu; Jaswinder Singh

September 30, 2011

VICTORIA C. MINOR, CLERK

By:  /s/ A. Benson
A. Benson, Deputy Clerk